NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-8

GARDNER FONTENOT AND
JESSE FONTENOT

VERSUS

THEODORE JACKSON, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2002-4504,
HONORABLE MICHAEL G. CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

PER CURIAM

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Michael G. Hodgkins
Attorney at Law
Post Office Box 4190
Lake Charles, Louisiana 70606
(337) 474-2690
Counsel for Plaintiffs/Appellants:
    Gardner Fontenot
    Jesse Fontenot

A. R. Johnson, IV
Plauche, Smith & Nieset
Post Office Drawer 1705
Lake Charles, Louisiana 70602
(337) 436-0522
Counsel for Defendant/Appellee:
    State Farm Mutual Automobile Insurance Company